UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JONATHAN CHARLES BERTELSEN,<br><br>Plaintiff,<br><br>vs.<br><br>CITIMORTGAGE, INC., AND JOHN DOES 1-10,<br><br>Defendant. | Case No. CV-16-002-BU-JCL<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **X**  **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED that Judgment is entered for Defendant and against Plaintiff.

    Dated this 7th day of April, 2017.

                                TYLER P. GILMAN, CLERK

                                By: /s/ Erica Larson
                                Erica Larson, Deputy Clerk